UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY TRASSARE, JR., as an individual and doing business as "The Coloring Book," SANDRA R. TRASSARE, as an individual and doing business as "The Coloring Book," and DOES 1-50, inclusive,<br><br>        Defendants. | No. 2:18-cv-3232 WBS KJN<br><br>ORDER REFERRING CASE TO VDRP AND STAYING PROCEEDINGS |

----oo0oo----

The court has determined that this case is appropriate for an early settlement conference and will refer the action to the court's Voluntary Dispute Resolution Program ("VDRP").

IT IS THEREFORE ORDERED that:

1. Within fourteen (14) days of this Order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the

1

process of selecting an appropriate neutral.  The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

        2.   Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this Order.  Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

        3.   To avoid the unnecessary expenditure of costs and attorneys' fees, this action is hereby stayed to provide the parties time to complete the VDRP session.  No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached.

        4.   The parties shall complete the VDRP session no later than July 8, 2019.  The court hereby resets the Status (Pretrial Scheduling) Conference for August 5, 2019.  If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report no later than July 22, 2019.

IT IS SO ORDERED.

Dated: April 18, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE