DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Cynthia Hopson**


SCOTT MALM, *Cal. Bar No.:84198*
DOROTHY LUTHER, *Cal. Bar No.:229243*
MALM FEGUNDES LLP
2351 West March Lane, Suite A
Stockton, CA 95207
Tel: 209-870-7900/Fax: 209-870-7922
scottm@malmfagundes.com
elaineh@malmfagundes.com

*Attorneys for Defendants: **Anthony Trassare, Jr.,**
and **Sandra R. Trassare***

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>Plaintiff,<br><br>v.<br><br>**ANTHONY TRASSARE, JR.,** as an individual and doing business as "The Coloring Book", **SANDRA R. TRASSARE,** as an individual and doing business as "The Coloring Book", and **DOES** 1-50, Inclusive,<br><br>Defendants. | Case No.: 2:18-cv-3232-WBS-KJN<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE** |

## ORDER:

**IT IS HEREBY ORDERED**, good cause shown that the Status Conference scheduled for July 22nd, 2019, at 1:30 P.M. in Courtroom 5, is rescheduled for **September 3, 2019 at 1:30 P.M.** in Courtroom 5. A joint status report shall be filed no later than **August 20, 2019** if the case has not been dismissed by that date.

Dated: July 11, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE