DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Cynthia Hopson**

SCOTT MALM, *Cal. Bar No.:84198*
DOROTHY LUTHER, *Cal. Bar No.:229243*
MALM FEGUNDES LLP
2351 West March Lane, Suite A
Stockton, CA 95207
Tel: 209-870-7900/Fax: 209-870-7922
scottm@malmfagundes.com
elaineh@malmfagundes.com

*Attorneys for Defendants: **Anthony Trassare, Jr.,**
**and Sandra R. Trassare***

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> Plaintiff, <br><br> v. <br><br> **ANTHONY TRASSARE, JR.,** as an individual and doing business as "The Coloring Book", **SANDRA R. TRASSARE,** as an individual and doing business as "The Coloring Book", and **DOES** 1-50, Inclusive, <br><br> Defendants. | Case No.: 2:18-cv-3232-WBS-KJN <br><br> **ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: August 26, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE